# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANDAL DOCK, | |
| Plaintiff, | Case No. 2:10-cv-00967-PMP-PAL |
| vs. | **ORDER** |
| MELINDA MARIE YOUNG, *et al.*, | (Mot. For Sanctions - Dkt. #24) |
| Defendants. | |

Before the court is Plaintiff's Motion for Sanctions Against the Defendants (Dkt. #24). Plaintiff Randal Dock seeks sanctions against the Defendants asserting they have failed to comply with preparation of a joint interim status report, failed to answer interrogatories, and failed to respond to a request for production of documents. Defendants filed an Opposition (Dkt. #25), Countermotion to Dismiss (Dkt. #26), Motion to Declare Plaintiff a Vexatious Litigant (Dkt. #27), Motion for Sanctions (Dkt. #28), and Motion for Fees and Costs (Dkt. #29). The opposition and countermotions are contained in one document, which was docketed by the Clerk of the Court as separate motions because they request various forms of relief.

Plaintiff's Motion for Sanctions (Dkt. #24) does not comply with the requirements of LR 26-7(a) which requires that all motions to compel discovery set forth in full the text of the discovery originally sought and the response thereto, if any. The motion also does not contain proof of service of the discovery requests at issue. Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Sanctions (Dkt. #24) is **DENIED.**

Dated this 12th day of January, 2011.

_____
Peggy A. Leen
United States Magistrate Judge