UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| RANDAL DOCK, on behalf of Jasminh Young-Dock<br><br>Plaintiff,<br><br>vs.<br><br>MELINDA MARIE YOUNG, TERRANCE GLEN YOUNG,<br><br>Defendants. | 2:10-CV-00967-PMP-PAL<br><br><br><br>**ORDER** |

Before the Court for consideration is Defendants' Counter-Motion to Dismiss Action (Doc. #26), filed on December 29, 2010, as part of Defendants' Opposition to Plaintiffs' Motion for Sanctions (Doc. #24). On January 13, 2011, Magistrate Judge Leen entered an Order (Doc. #32) denying Plaintiffs' Motion for Sanctions (Doc. #24).

Also before the Court is Defendants' Motion to Declare Plaintiffs a Vexatious Litigants (Doc. #27), and Defendants' Motion for Attorney Fees (Doc. #29). Each of these motions was subsumed within Defendants original Opposition to Plaintiffs' Motion for Sanctions (Doc. #25). The Court finds that each of the foregoing Motions should be **DENIED**.

IT IS SO ORDERED.

DATED: February 2, 2011.

_____
PHILIP M. PRO
United States District Judge