UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RANDAL DOCK, et al., )
        Plaintiff(s), )
        vs ) Case #2:10-CV-967-PMP-PAL
MELINDA MARIE YOUNG, et al. )
 ) ORDER REFERRING CASE FOR
 ) SETTLEMENT CONFERENCE
        Defendant(s). )

This case is currently stacked on the calendar on **Tuesday, July 24, 2012,** for a Court Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

DATED this _27th_ day of _December_, 2011.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE