UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| RANDAL DOCK, on behalf of Jasminh Young-Dock )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MELINDA MARIE YOUNG, )<br>TERRANCE GLEN YOUNG, )<br>)<br>Defendants. )<br>_____ ) | 2:10-CV-00967-PMP-PAL<br><br><br><br>**JUDGMENT** |

The Court having this date entered its Findings of Fact and Conclusions of Law in favor of Defendants,

**IT IS ORDERED** that judgment is hereby entered in favor of Defendants Melinda Marie Young and Terrance Glen Young, and against Plaintiff Randal Dock.  Each side shall bear their own costs of suit.

DATED: January 3, 2013.

_____
PHILIP M. PRO
United States District Judge