UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

RANDAL DOCK,

    Plaintiff(s),

vs.

MELINDA YOUNG et al,

    Defendant(s).

2:10-cv-967 PMP

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: 8/8/13

U.S. DISTRICT JUDGE